UNITED STATES DISTRICT COURT
FOR EASTERN DISTRICT OF LOUISIANA

Lindsay C. VanAs )
)
    Plaintiff, )
)
    v. ) Civil Action No.: 2:10-cv-1648
)
Gastroenterology Group, )
    A Medical Corporation ) Judge Donald E. Walter
)
    Defendant )
)

## ORDER

Considering the foregoing Joint Motion to Dismiss;

IT IS ORDERED that this matter be and it is hereby dismissed, with prejudice, each party to bear its own costs.

Shreveport, Louisiana, this 29 day of March, 2012.

_____
UNITED STATES DISTRICT JUDGE